IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

KEITH J. POWELL,

    Plaintiff,

v.                            Case No.: 3:12cv189/MCR/EMT

KENNETH TUCKER, et al.,

    Defendants.
_____/

## ORDER

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated April 30, 2012 (doc. 6).  Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a de novo determination of the plaintiff's objections, which the court deems timely filed.

    Having considered the Report and Recommendation, as well as the plaintiff's objections, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.    Pursuant to 28 U.S.C. § 1915(g), this cause is **DISMISSED without prejudice** to Plaintiff's initiating a new cause of action accompanied by payment of the $350.00 filing fee in its entirety.

    3.    All other pending motions are **DENIED** as moot.

    4.    The clerk is directed to enter judgment accordingly and close the file.

    **DONE AND ORDERED** this 6th day of June, 2012.

                                        s/ *M. Casey Rodgers*
                                        **M. CASEY RODGERS**
                                        **CHIEF UNITED STATES DISTRICT JUDGE**